IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 06- 63 |
| LAURA COLLINS, | ) ) REDACTED ) |
| Defendant. | ) ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about the time period from December 2004 through November 2005, in the State and District of Delaware, Laura Collins, defendant herein, being an employee of the United States Postal Service, intentionally used and converted to her own use, money in an amount greater than $1,000, coming into her hands and under her control, in the execution of and under color of her employment, in violation of 18 U.S.C. § 1711.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney



FILED
JUN 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: June 6, 2006