AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
LAURA COLLINS

## SUMMONS IN A CRIMINAL CASE

Case Number: CR 06-63-UNA

(Name and Address of Defendant)


REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | Magistrate Ctrm # 6C, 6th Floor |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | Date and Time<br>6/15/06 @ 1:00 PM |

\*\* Please report to the U.S. Marshal's Service in Room# 1100 by 12:00 pm

To answer a(n)

X Indictment  ☐ Information  ☐ Complaint  X Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __1711__

Brief description of offense:

MISAPPROPRIATION OF POSTAL FUNDS

BY: _signature_ ; Deputy Clerk
Signature of Issuing Officer

JUNE 8, 2006 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant at: _Via cert maie_

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _6-13-06_
Date

_D.W. Thomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) KCollins   B. Date of Delivery 6/9/06<br>C. Signature<br>X ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>Laura Collins | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 7004 1160 0006 7939 8517 | |
| PS Form 3811, March 2001   Domestic Return Receipt | 102595-01-M-1424 |

