IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Case No.: 06-63-GMS |
| Plaintiff, | * | |
| v. | * | |
| LAURA COLLINS, | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### DEFENDANT'S DISCOVERY REQUEST

to be served upon:   CHRISTOPHER J. BURKE, ESQUIRE
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

by mailing copies to him at his address as shown above, postage paid, on: 6/26/06.

SCHMITTINGER & RODRIGUEZ, P. A.

BY: _____
SCOTT E. CHAMBERS, ESQUIRE
Bar I.D.#2532
414 South State Street
Dover, Delaware  19901
(302) 674-0140
Attorney for Defendant

SEC:cef